UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY CARLTON DUNLAP, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-03120-CV-S-BCW-P |
| ) | |
| GREENE COUNTY JUSTICE CENTER, et al.,) | |
| ) | |
| Defendants. ) | |

## ORDER

This civil rights case was filed pro se by Plaintiff, who is incarcerated in the Federal Correctional Institution in Butner, North Carolina, for claims arising during his time of confinement as a federal detainee at the Greene County Justice Center ("GCJC") in Springfield, Missouri.

After review of the record, the Court finds it in the bests interests to appoint counsel to Plaintiff. The Court requests that Charlie C. Eblen enter his appearance on Plaintiff's behalf. The Clerk of the Court shall send a copy of this order to Mr. Eblen at the following address: 2555 Grand Boulevard, Kansas City, MO 64108-2613. If Plaintiff has any objection to this appointment, he shall advise the Court of that objection within ten days of this Order.

**IT IS SO ORDERED.**

/s/ Brian C. Wimes
BRIAN C. WIMES
UNITED STATES DISTRICT JUDGE

DATED: May 30, 2019